IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:09CV151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RICHARD C. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the court's Memorandum and Order entered on this date and the court's June 9, 2009, Memorandum and Order, judgment is entered in favor of Defendant Richard C. Brown, and against Plaintiff Andrew A. Herzog, providing that Plaintiff shall take nothing and this case is dismissed with prejudice.

January 14, 2010.                    BY THE COURT:

                                                 *Richard G. Kopf*
                                             United States District Judge